# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMID ETEMADI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KIEWIT INFRASTRUCTURE WEST CO.; and DOES 1 through 20, inclusive.<br><br>　　　　Defendants. | **CASE NO.: 2:19-cv-04910-RGK-AGR**<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Fed.R.Civ.P. Rule 41]<br><br>Complaint Filed:　　May 3, 2019 |

IT IS ORDERED, based upon the Parties' Stipulation that the claims asserted or that could have been asserted by Plaintiff against Defendants are dismissed with prejudice and that the parties shall bear their own attorneys' fees, expenses, and costs.

DATED: December 6, 2019

*/s/ Gary Klausner*

Honorable R. Gary Klausner
United States District Judge

4840-2447-6334, v. 1